UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE INDIANA LABORERS WELFARE FUND, | )<br>)<br>) |
| *Plaintiff*, | )<br>) No. 2:18-cv-00034-JMS-DLP |
| *vs.* | )<br>) |
| MICHAEL S. GARRETT, | )<br>) |
| *Defendant*. | ) |

## ORDER

Presently pending before the Court is a Motion for Default Judgment on Sum Certain filed by Plaintiff Board of Trustees of the Indiana Laborers Welfare Fund (the "Fund"). [Filing No. 9.] Plaintiff asks this Court to enter default judgment in favor of the Fund and against Defendant Michael Garrett in the amount of $2,286.07 in overpaid benefits. [Filing No. 9 at 1; Filing No. 9-1.]

The Clerk entered default against Mr. Garrett pursuant to Federal Rule of Civil Procedure 55(a) on March 13, 2018. [Filing No. 8.] Given the Fund's Motion for Default Judgment and supporting evidence, the Court finds a hearing is unnecessary, and now **GRANTS** the pending Motion. The Court enters **DEFAULT JUDGMENT** pursuant to Federal Rule of Civil Procedure 55(b) in favor of the Fund and against Mr. Garrett in the amount of **$2,286.07** in overpaid benefits.

To the extent that the Fund seek attorneys' fees and costs in connection with this action, it must file a fee application by **April 27, 2018** with supporting documentation. Once the issue of attorneys' fees and costs is resolved, or if no fee application is filed by that date, final judgment will issue accordingly.

Date: 4/12/2018

*/s/ Jane Magnus-Stinson*
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**

**Distribution via United States Mail to:**

Michael S. Garrett
26 Vernon Lane
Lafayette, IN 47905